AO 91 (Rev. 11/11)  Criminal Complaint

United States Courts
Southern District of Texas
FILED
August 22, 2023
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Terran Green<br><br>*Defendant(s)* | Case No. **4:23-mj-1691** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 17, 2023** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Assault on a Federal Officer |
| 18 USC 1114 | Protection of Officers and Employees of the United States |
| 18 USC 924(c) | Possession of a Firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Taishea Donald, FBI Special Agent
*Printed name and title*

Sworn to before me and signed by telephone

Date: August 22, 2023

*Judge's signature*

City and state: Houston, Texas

Hon. Yvonne Y. Ho, United States Magistrate Judge
*Printed name and title*

4:23-mj-1691

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Taishea N. Donald, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and have been so employed since July, 2017. Prior to being employed as a Special Agent with the FBI, I was a Deputy Sheriff with the Orange County Sheriff's Office in Orlando, Florida. I am currently assigned to the FBI Houston Division's Violence Crime Task Force (VCFT), which is comprised of law enforcement officers from the FBI, Harris County Sheriff's Office, and other local police departments. As a member of the VCFT, I am responsible for investigating kidnappings, murders, robberies, extortion, and other violent crimes. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.
2. The facts in this affidavit come from my personal observations, observations of sworn law enforcement officers, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.
3. Based on the information contained herein, there is probable cause to believe that violations of Title 18 U.S.C. § 111 [Assaulting, Resisting, or Impeding Certain Officers or Employees], 18 U.S.C. § 1114 [Protection of Officers and Employees of the United States], and 18 U.S.C. § 924(c)[Possession of a firearm during and in relation to a crime of violence]. The facts in this affidavit come from my involvement in a collaborative investigation being handled primarily by the FBI and Harris County Sheriff's Office.

### PROBABLE CAUSE

4. On August 16, 2023, Harris County Sheriff's Office (HCSO) Deputy Joseph Anderson (Anderson) conducted a traffic stop on a blue Ford Escape bearing Texas license plate SVJ-6590. Deputy Anderson's body camera showed the black male driver of the Ford Escape, later identified as Terran Green (DOB 06/12/1989), shooting Deputy Anderson three times with a black handgun and fleeing the scene. Deputy Anderson's body camera also showed another black male in the passenger seat, later identified as James Green (DOB 10/16/1985), Terran Green's biological brother.
5. During the course of the investigation, HCSO Crime Analysis and Intelligence Division (CAID) utilized facial recognition software to develop a lead on the identity of Terran Green and James Green. Upon conducting a search in the Harris County District Attorney's Office (HCDAO) database, it was learned Terran Green was wanted for two Harris County Felony warrants: Felon in possession of a weapon and Aggravated Assault with a Deadly Weapon, 180th District Court, Case #181249201010.

6. HCSO Homicide Investigator Evans located James Green and interviewed him at the Homicide Unit Office located at 601 Lockwood Drive, Houston, Texas 77011. James Green admitted to being in the front passenger seat of the blue Ford Escape at the time of the shooting of Deputy Anderson and advised his brother, Terran Green, was the driver. James Green stated he did not know, beforehand, that Terran Green was going to shoot Deputy Anderson and did not know, afterward, why Terran Green shot Deputy Anderson. James Green was released and transported back to his residence.
7. On Thursday August 17, 2023, HCSO Warrants Division Lieutenant Haberland searched Terran Green's call history from his recent incarcerations in the Harris County Jail. LT Haberland found that James Green contacted phone number 832-492-7633, which is registered to Latonya Jenkins (DOB 01/19/1980) of 15111 Silhouette Ridge Lane, Humble, Texas 77396, on nine difference occasions between January 1, 2023, and August 17, 2023. Upon searching Jenkins in the HCDAO database, it was learned she was wanted for multiple misdemeanor warrants out of the Humble Police Department. Based on that information, Gulf Coast Task force Deputies and United States Marshals travelled to the residence located at 15111 Silhouette Ridge Lane, Humble, Texas 77396 and conducted surveillance of the residence.
8. At approximately 1840hrs on August 17, 2023, members of the Gulf Coast Task Force, including HCSO Deputy Shaun O'Bannion, Deputy U.S. Marshal Juan Lara, Deputy U.S. Marshal Emmanuel Soto, and HCSO Sergeant G. Smith approached the residence to make contact with any occupants.
9. SGT Smith advised that upon knocking on the front door of the residence and announcing they were police, a black female opened the door and stepped on the porch. SGT Smith recognized the black female as Latonya Jenkins (DOB 01/19/1980) based on a recent booking photograph he had previously viewed of her. SGT Smith asked Jenkins if she had children inside and told Jenkins to have her children come outside as well, which they did.
10. While SGT Smith remained outside speaking to Jenkins, Deputy United States Marshals Emmanuel Soto, Juan Lara, and HCSO Deputy Shaun O'Bannion stepped into the front foyer of the residence to the base of the staircase to the second floor of the residence. At that time, they heard five to six gunshots, which they believed came from the second floor of the residence. Deputy O'Bannion stated the shots seemed to have come from directly above him, and he felt something strike his back right shoulder.
11. After the shots were fired, all of the law enforcement officers retreated from the residence. Upon getting to a position of safety, the following officers found they had sustained injuries as a result of the shooting: Deputy O'Bannion had a gunshot wound to his back right shoulder and found that the medical kit on the back of his vest had been struck by a second bullet; Deputy U.S. Marshal Soto had a gunshot wound to his left arm; Deputy U.S. Marshal Lara had a piece of shrapnel lodged in his leg. All of the injured parties were transported to Kingwood Hospital and treated for their injuries. After the shooting, Jenkins informed deputies that the only person inside of the residence was Terran Green.
12. At approximately 2340hrs, Terran Green exited the residence and was placed into custody without incident. No other persons were found to be inside of the residence, and Terran Green was transported to HCSO Homicide unit for interviewing prior to being

transported to the Joint Procession Center and booked into Harris County Jail in reference to the outstanding warrants.

13. At approximately 0230hrs on Friday, August 18, 2023, a search warrant for the residence located at 15111 Silhouette Ridge Lane, Humble, Texas 77396 was signed by District Judge B. Armstrong of the 208th District Court, at which time HCSO Crime Scene Unit (CSU) Deputies began searching inside of the residence. Two handguns were located inside of the residence as well as six spent cartridge casings, all of which were located on and around the staircase to the second floor.

## CONCLUSION

Based on the information described above, I have probable cause to believe that on or about August 17, 2023, Terran Green committed the crimes of Title 18 U.S.C. § 111 [Assaulting, Resisting, or Impeding Certain Officers or Employees], 18 U.S.C. § 1114 [Protection of Officers and Employees of the United States], and 18 U.S.C. § 924(c) [Possession of a firearm during and in relation to a crime of violence].

Taishea Donald
Special Agent, Federal Bureau of Investigation

Sworn and subscribed by telephone on the 22nd day of August, 2023, and I find probable cause.

Honorable Yvonne Y. Ho
United States Magistrate Judge